**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: TESTOSTERONE** | ) | |
| **REPLACEMENT THERAPY** | ) | **Case No. 14 C 1748** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **MDL No. 2545** |
| **This document relates to:** | ) | |
| ***All cases identified on attached*** | ) | |
| **Exhibit A** | ) | |

**ORDER**

Motion to substitute counsel [1475] (filed in lead case 14 C 1748) is granted and the motion hearing date of 8/30/2016 is vacated. Attorney Turner W. Branch is substituted by Attorney Margaret Moses Branch on all cases on Exhibit A attached hereto.

The Clerk is directed to enter this order in case no. 14 C 1748 and all cases included in Exhibit A. The Clerk is further directed to terminate Attorney Turner W. Branch and add Attorney Margaret Moses Branch as counsel for plaintiffs in case no. 14 C 1748 and all cases included in Exhibit A.

Dated: August 26, 2016 /s/ Matthew F. Kennelly

# Exhibit A

| Case # | Caption |
|---|---|
| 1:14-cv-09140 | Krapcha v. Abbvie, Inc., et al |
| 1:15 cv 01570 | Barton v. Pfizer inc. Et al. |
| 1:15-cv- 10778 | Larry Myers v. Pfizer, Inc. et al. |
| 1:15-cv-00315 | Sutton v. Abbvie et. al. |
| 1:15-cv-01181 | Ehrets v. Abbvie, Inc. et al |
| 1:15-cv-01372 | Anderson v. AbbVie, Inc. et al |
| 1:15-cv-01579 | Bentley v. AbbVie Inc. et al |
| 1:15-cv-02630 | Worner v. AbbVie, Inc. et al |
| 1:15-cv-02635 | Hernandez v. AbbVie, Inc. et al |
| 1:15-cv-02837 | Barrington v. Abbvie Inc. et al. |
| 1:15-cv-02842 | Serrano v. AbbVie, Inc. et al |
| 1:15-cv-03735 | Shamley v. Abbvie Inc. et al. |
| 1:15-cv-04200 | Amobi v. Eli Lilly & Co. et al |
| 1:15-cv-04775 | Johnny Pope v. Actavis Inc. et al. |
| 1:15-cv-05153 | Alexander v. Abbvie, Inc. et al |
| 1:15-cv-05157 | Daniel v. Endo Pharmaceuticals, Inc. et al. |
| 1:15-cv-05159 | Maynard v. Endo Pharmaceuticals, Inc. et al |
| 1:15-cv-05164 | Saunders v. Endo Pharmaceuticals, Inc. et al. |
| 1:15-cv-05172 | Nafe v. Pfizer, Inc. et al. |
| 1:15-cv-05213 | Durbin v. AbbVie Inc. et al. |
| 1:15-cv-05215 | Jones V. AbbVie inc. et al. |
| 1:15-cv-05310 | Holmes v. AbbVie Inc. et al. |
| 1:15-cv-05312 | MacDonald v. Pfizer, Inc. et al. |
| 1:15-cv-05334 | Cooper v. Pfizer Inc. et al. |
| 1:15-cv-05339 | Crawford v. Pfizer, Inc. et al. |
| 1:15-cv-05346 | Hammock v. Pfizer Inc. et al |
| 1:15-cv-05348 | Miller v. Abbvie Inc. et al. |
| 1:15-cv-05355 | Andrews v. AbbVie Inc. et al. |
| 1:15-cv-05409 | Standley v. Endo Pharmaceuticals, Inc. et al. |
| 1:15-cv-05444 | Clark v. Pfizer Inc. et al. |
| 1:15-cv-05460 | Mullen v. Pfizer, Inc. et al. |
| 1:15-cv-05466 | Taylor v. Actavis, Inc. et al |
| 1:15-cv-05481 | Curtis v. Actavis, Inc. et al |
| 1:15-cv-09576 | Traweek v. AbbVie Inc. et al |
| 1:15-cv-11345 | Franklin v. AbbVie, Inc. et al |
| 1:15-cv-11346 | Jones v. AbbVie, Inc. et al |
| 1:15-cv-11349 | Shames v. AbbVie, Inc. et al |

| 1:15-cv-11351 | Campbell v. Pfizer Inc. et al |
|---|---|
| 1:15-cv-11352 | Snyder v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11354 | Pinckard v. AbbVie, Inc. et al |
| 1:15-cv-11355 | Caraveo v. AbbVie, Inc. et al |
| 1:15-cv-11356 | Navarro et al v. AbbVie, Inc. et al |
| 1:15-cv-11357 | Parent v. Actavis, Inc. et al |
| 1:15-cv-11388 | Eden v. AbbVie, Inc. et al |
| 1:15-cv-11393 | Johnson v. Auxilium Parmaceuticals, Inc. et al |
| 1:15-cv-11402 | Kossow v. Actavis, Inc. et al |
| 1:15-cv-11404 | Adams v. Auxilium Pharmaceuticals, Inc. et al |
| 1:15-cv-11410 | Boone v. AbbVie, Inc. et al |
| 1:15-cv-11413 | Ovadia v. Pfizer, Inc. et al |
| 1:15-cv-11416 | Halama v. Pfizer, Inc. et al |
| 1:15-cv-11439 | Orchard v. AbbVie, Inc. et al |
| 1:15-cv-11445 | Henne v. Pfizer, Inc. et al |
| 1:15-cv-11454 | Vogas v. Endo Pharmaceuticals, Inc. et al |
| 1:15-cv-11462 | Futch v. AbbVie, Inc. et al |
| 1:15-cv-11466 | Williams v. AbbVie, Inc. et al |
| 1:15-cv-11468 | Ward v. AbbVie, Inc. et al |
| 1:15-cv-11496 | Janiga v. AbbVie, Inc. et al |
| 1:15-cv-11507 | Thompson v. Eli Lilly and Company et al |
| 1:15-cv-11509 | Morgan v. AbbVie, Inc. et al |
| 1:15-cv-11511 | Lee v. Pfizer, Inc. et al |
| 1:15-cv-11687 | Thompkins v. AbbVie, Inc. et al |
| 1:15-cv-11689 | Fletcher v. AbbVie, Inc. et al |
| 1:15-cv-11694 | Friday v. AbbVie, Inc. et al |
| 1:15-cv-11705 | Fine v. Actavis, Inc. et al |
| 1:15-cv-11763 | Patton v. AbbVie, Inc. et al |
| 1:15-cv-11788 | Roberts v. AbbVie, Inc. et al |
| 1:15-cv-11818 | Gregoire v. Actavis, Inc. et al |
| 1:15-cv-11819 | Lane v. AbbVie, Inc. et al |
| 1:15-cv-11821 | Washington v. AbbVie, Inc. et al |
| 1:15-cv-11826 | Sandeen v. Pfizer, Inc. et al |
| 1:15-cv-11846 | Bravo v. AbbVie, Inc. et al |
| 1:16-cv-00075 | Jones v. AbbVie, Inc. et al |
| 1:16-cv-00085 | Young v. Eli Lilly & Co. et al |
| 1:16-cv-00089 | Reinsel v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-00112 | White v. AbbVie, Inc. et al |
| 1:16-cv-00114 | Lanier v. AbbVie, Inc. et al |
| 1:16-cv-00115 | Goldman v. Endo Pharmaceuticals, Inc. et al |

| 1:16-cv-00128 | Thomas v. AbbVie, Inc. et al |
| 1:16-cv-00130 | Wysocki v. AbbVie Inc. et al |
| 1:16-cv-00137 | Cohea v. Actavis, Inc. et al |
| 1:16-cv-00139 | Baldwin v. AbbVie, Inc. et al |
| 1:16-cv-00154 | Sanchez v. AbbVie, Inc. et al |
| 1:16-cv-00157 | Bowen v. AbbVie, Inc. et al |
| 1:16-cv-00158 | Cordell v. AbbVie, Inc. et al |
| 1:16-cv-00159 | Harris v. AbbVie, Inc. et al |
| 1:16-cv-00161 | Book v. AbbVie, Inc. et al |
| 1:16-cv-00162 | Whittington v. AbbVie, Inc. et al |
| 1:16-cv-00165 | Taylor v. AbbVie, Inc. et al |
| 1:16-cv-00183 | Hinojosa et al v. Abbott Laboratories et al |
| 1:16-cv-00186 | Hines v. AbbVie Inc. et al |
| 1:16-cv-00189 | Simpkins v. AbbVie, Inc. et al |
| 1:16-cv-00237 | Gieza v. AbbVie Inc. et al |
| 1:16-cv-00239 | Longoria v. AbbVie, Inc. et al |
| 1:16-cv-00246 | Calvillo v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00251 | Black v. Eli Lilly and Company et al |
| 1:16-cv-00255 | Stokley et al v. Abbott Laboratories et al |
| 1:16-cv-00263 | Polk v. AbbVie, Inc. et al |
| 1:16-cv-00266 | Sorrell v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00271 | Varela v. AbbVie, Inc. et al |
| 1:16-cv-00272 | Crouch v. AbbVie, Inc. et al |
| 1:16-cv-00273 | Caldwell v. AbbVie, Inc. et al |
| 1:16-cv-00274 | Crump v. AbbVie, Inc. et al |
| 1:16-cv-00275 | Rogan v. AbbVie, Inc. et al |
| 1:16-cv-00276 | Miller v. AbbVie, Inc. et al |
| 1:16-cv-00277 | Brown v. Auxilium Pharmaceuticals, Inc et al |
| 1:16-cv-00278 | Langley v. Actavis, Inc. et al |
| 1:16-cv-00279 | Martienssen v. AbbVie, Inc. et al |
| 1:16-cv-00280 | Wood v. AbbVie, Inc. et al |
| 1:16-cv-00281 | McNeal v. Eli Lilly & Co. et al |
| 1:16-cv-00282 | German v. AbbVie, Inc. et al |
| 1:16-cv-00321 | Jones v. AbbVie, Inc. et al |
| 1:16-cv-00324 | Cole v. AbbVie, Inc. et al |
| 1:16-cv-00330 | Sereno v. AbbVie, Inc. et al |
| 1:16-cv-00331 | Wilczynski v. Actavis, Inc. et al |
| 1:16-cv-00334 | Olliges v. Actavis, Inc. et al |
| 1:16-cv-00335 | Gabor v. Actavis, Inc. et al |

| 1:16-cv-00336 | Sistrunk v. Auxilium Pharmaceuticals, Inc. et al |
|---|---|
| 1:16-cv-00339 | Bell v. AbbVie, Inc. et al |
| 1:16-cv-00344 | Miller v. AbbVie Inc. et al |
| 1:16-cv-00359 | Rodriguez v. Abbott Laboratories et al |
| 1:16-cv-00360 | Montgomery v. AbbVie Inc. et al |
| 1:16-cv-00361 | Yochum v. AbbVie Inc. et al |
| 1:16-cv-00362 | Fleming v. AbbVie, Inc. et al |
| 1:16-cv-00364 | Allen v. AbbVie Inc. et al |
| 1:16-cv-00365 | West v. AbbVie Inc. et al |
| 1:16-cv-00366 | Ludwig v. AbbVie, Inc. et al |
| 1:16-cv-00368 | Bergener v. AbbVie Inc. et al |
| 1:16-cv-00370 | Wemyss v. AbbVie Inc. et al |
| 1:16-cv-00372 | Lubojacky v. AbbVie Inc. et al |
| 1:16-cv-00373 | Makin v. Auxilium Pharmaceutical, Inc. et al |
| 1:16-cv-00374 | Desisto v. Eli Lilly and Company et al |
| 1:16-cv-00389 | Mullin v. Eli Lilly and Company et al |
| 1:16-cv-00392 | Gypson v. AbbVie Inc et al |
| 1:16-cv-00393 | Belloff v. AbbVie Inc et al |
| 1:16-cv-00396 | Lorant v. AbbVie Inc. et al |
| 1:16-cv-00405 | Adams v. AbbVie Inc. et al |
| 1:16-cv-00406 | Williams v. AbbVie Inc et al |
| 1:16-cv-00408 | Griffith v. AbbVie Inc. et al |
| 1:16-cv-00409 | Willey v. AbbVie Inc. et al |
| 1:16-cv-00416 | Libes v. AbbVie Inc. et al |
| 1:16-cv-00421 | Johnson v. AbbVie, Inc. et al |
| 1:16-cv-00423 | Timblin v. Actavis, Inc. et al |
| 1:16-cv-00426 | Ray v. AbbVie Inc. et al |
| 1:16-cv-00430 | Keeney v. AbbVie, Inc. et al |
| 1:16-cv-00431 | Rife v. Auxilium Parmaceuticals, Inc. et al |
| 1:16-cv-00434 | Johnson v. AbbVie Inc. et al |
| 1:16-cv-00452 | Rojas v. AbbVie, Inc et al |
| 1:16-cv-00454 | Mather v. AbbVie Inc. et al |
| 1:16-cv-00458 | Pittman v. AbbVie Inc. et al |
| 1:16-cv-00461 | Gibson v. AbbVie, Inc. et al |
| 1:16-cv-00462 | Justiniani v. Auxilium Pharmaceuticals Inc. et al |
| 1:16-cv-00463 | Makoul v. AbbVie Inc. et al |
| 1:16-cv-00464 | Wilson v. AbbVie Inc. et al |
| 1:16-cv-00466 | Centner v. Actavis, Inc. et al |
| 1:16-cv-00467 | Moore v. AbbVie, Inc. et al |

| 1:16-cv-00468 | Shubert v. AbbVie, Inc et al |
| 1:16-cv-00471 | Murphy v. AbbVie Inc. et al |
| 1:16-cv-00472 | Dillard v. AbbVie Inc. et al |
| 1:16-cv-00473 | Gonzales v. AbbVie Inc. et al |
| 1:16-cv-00474 | Lee v. Actavis, Inc. et al |
| 1:16-cv-00495 | Chandler v. AbbVie, Inc. et al |
| 1:16-cv-00496 | Harris v. AbbVie, Inc. et al |
| 1:16-cv-00500 | Ambuster v. AbbVie, Inc. et al |
| 1:16-cv-00503 | Honsberg v. AbbVie, Inc. et al |
| 1:16-cv-00507 | Aponte v. AbbVie Inc. et al |
| 1:16-cv-00511 | Hornsby v. Auxilium Pharmaceuticals, Inc et al |
| 1:16-cv-00515 | Ryan v. AbbVie, Inc. et al |
| 1:16-cv-00518 | Dunlap v. AbbVie, Inc. et al |
| 1:16-cv-00520 | Harris v. AbbVie, Inc. et al |
| 1:16-cv-00527 | Schulze v. AbbVie Inc. et al |
| 1:16-cv-00531 | Sin v. AbbVie Inc. et al |
| 1:16-cv-00532 | Johnson v. AbbVie, Inc. et al |
| 1:16-cv-00535 | Smith v. AbbVie Inc et al |
| 1:16-cv-00538 | Harris v. AbbVie Inc et al |
| 1:16-cv-00539 | Scott v. AbbVie Inc et al |
| 1:16-cv-00541 | Spears v. AbbVie Inc et al |
| 1:16-cv-00542 | Murphy v. AbbVie, Inc. et al |
| 1:16-cv-00554 | Elrod v. AbbVie Inc. et al |
| 1:16-cv-00555 | Carter v. AbbVie Inc. et al |
| 1:16-cv-00556 | Goforth v. AbbVie Inc. et al |
| 1:16-cv-00580 | Caskey v. Actavis, Inc. et al |
| 1:16-cv-00583 | Ratliff v. AbbVie Inc. et al |
| 1:16-cv-00586 | Woods v. AbbVie, Inc. et al |
| 1:16-cv-00588 | Montejano v. Actavis, Inc. et al |
| 1:16-cv-00599 | Mann v. Eli Lilly and Company et al |
| 1:16-cv-00602 | Bryant v. AbbVie Inc. et al |
| 1:16-cv-00607 | Constante v. AbbVie Inc. et al |
| 1:16-cv-00609 | Loya v. AbbVie Inc. et al |
| 1:16-cv-00624 | Bertini v. AbbVie, Inc. et al |
| 1:16-cv-00628 | Weber v. Eli Lilly and Company et al |
| 1:16-cv-00630 | Lee v. AbbVie, Inc. et al |
| 1:16-cv-00633 | Huebner v. AbbVie Inc. et al |
| 1:16-cv-00634 | Glover v. AbbVie, Inc. et al |
| 1:16-cv-00636 | Argo v. AbbVie, Inc. et al |

| 1:16-cv-00637 | Gonzalez v. AbbVie Inc. et al |
|---|---|
| 1:16-cv-00645 | Dunham v. AbbVie Inc. et al |
| 1:16-cv-00647 | Matthews v. Actavis, Inc. et al |
| 1:16-cv-00649 | Marovich v. Actavis, Inc. et al |
| 1:16-cv-00652 | Deaton v. AbbVie Inc. et al |
| 1:16-cv-00657 | Siemons v. Actavis, Inc. et al |
| 1:16-cv-00669 | Wall v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00670 | Long v. AbbVie Inc. et al |
| 1:16-cv-00671 | Rash v. AbbVie Inc. et al |
| 1:16-cv-00672 | James v. AbbVie Inc. et al |
| 1:16-cv-00673 | Littrell v. AbbVie Inc. et al |
| 1:16-cv-00674 | Parkhurst v. AbbVie Inc. et al |
| 1:16-cv-00675 | Mangram v. AbbVie Inc. et al |
| 1:16-cv-00676 | Moore v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00677 | Swasey v. AbbVie, Inc. et al |
| 1:16-cv-00678 | Kiger v. AbbVie Inc. et al |
| 1:16-cv-00685 | Fagan v. AbbVie Inc. et al |
| 1:16-cv-00686 | Perelman et al v. AbbVie Inc. et al |
| 1:16-cv-00687 | Locy v. AbbVie Inc. et al |
| 1:16-cv-00688 | Mass v. AbbVie Inc. et al |
| 1:16-cv-00689 | Smith v. AbbVie Inc. et al |
| 1:16-cv-00690 | Fluty v. AbbVie Inc. et al |
| 1:16-cv-00691 | Pierce v. AbbVie, Inc. et al |
| 1:16-cv-00692 | Graves v. AbbVie, Inc. et al |
| 1:16-cv-00693 | Simpson v. AbbVie Inc. et al |
| 1:16-cv-00696 | Meader v. AbbVie Inc. et al |
| 1:16-cv-00704 | Crary v. AbbVie Inc. et al |
| 1:16-cv-00705 | Flores v. AbbVie Inc. et al |
| 1:16-cv-00707 | Sciretta v. AbbVie Inc. et al |
| 1:16-cv-00709 | Chastain v. AbbVie Inc. et al |
| 1:16-cv-00710 | Rocco v. AbbVie Inc. et al |
| 1:16-cv-00718 | Wells v. Actavis, Inc. et al |
| 1:16-cv-00720 | Porter v. AbbVie, Inc. et al |
| 1:16-cv-00722 | Rogers v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00725 | Jeffries v. AbbVie Inc. et al |
| 1:16-cv-00727 | Broome v. AbbVie Inc. et al |
| 1:16-cv-00729 | Sewell v. Actavis, Inc. et al |
| 1:16-cv-00731 | Nash v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00732 | Reed v. AbbVie Inc. et al |

| | |
|---|---|
| 1:16-cv-00763 | Johnson v. AbbVie Inc. et al |
| 1:16-cv-00766 | Hinson v. AbbVie Inc. et al |
| 1:16-cv-00769 | Ratliff v. Auxilium Pharmaceuticals, Inc et al |
| 1:16-cv-00772 | Medina v. Eli Lilly and Company et al |
| 1:16-cv-00773 | Jones v. AbbVie Inc. et al |
| 1:16-cv-00779 | Smith v. AbbVie Inc. et al |
| 1:16-cv-00780 | Brunson v. AbbVie Inc. et al |
| 1:16-cv-00781 | Thomley v. AbbVie Inc. et al |
| 1:16-cv-00782 | Moix v. AbbVie Inc. et al |
| 1:16-cv-00786 | Baker v. AbbVie Inc. et al |
| 1:16-cv-00787 | Brown v. AbbVie Inc. et al |
| 1:16-cv-00809 | McDonald v. AbbVie Inc. et al |
| 1:16-cv-00810 | Bergmayr v. AbbVie Inc. et al |
| 1:16-cv-00812 | Neal v. AbbVie Inc. et al |
| 1:16-cv-00814 | Thomas v. Actavis, Inc. et al |
| 1:16-cv-00816 | Evans v. Actavis, Inc. et al |
| 1:16-cv-00824 | Guerra v. Actavis, Inc. et al |
| 1:16-cv-00825 | Hixson v. AbbVie Inc. et al |
| 1:16-cv-00828 | Propes v. Actavis, Inc. et al |
| 1:16-cv-00834 | Amato v. AbbVie Inc. et al |
| 1:16-cv-00836 | Barnes v. AbbVie Inc. et al |
| 1:16-cv-00841 | Nelson v. Eli Lilly and Company et al |
| 1:16-cv-00845 | Shames v. AbbVie Inc. et al |
| 1:16-cv-00849 | Ware v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-00860 | Patrick Liste v. AbbVie Inc. et al |
| 1:16-cv-00864 | Steinbock v. AbbVie Inc. et al |
| 1:16-cv-00865 | Smith v. AbbVie Inc. et al |
| 1:16-cv-00904 | Parks v. AbbVie Inc. et al |
| 1:16-cv-00907 | Mendez et al v. AbbVie Inc. et al |
| 1:16-cv-00910 | Mueller v. Eli Lilly and Company et al |
| 1:16-cv-00912 | Wilcox v. AbbVie Inc. et al |
| 1:16-cv-00933 | Martino v. Actavis, Inc. et al |
| 1:16-cv-00940 | Reeves v. AbbVie Inc. et al |
| 1:16-cv-00941 | Nelson v. AbbVie Inc. et al |
| 1:16-cv-00945 | Ackerson v. Actavis, Inc. et al |
| 1:16-cv-00948 | Lujan v. AbbVie Inc. et al |
| 1:16-cv-00952 | Davis v. AbbVie Inc. et al |
| 1:16-cv-00954 | Parent v. AbbVie Inc. et al |
| 1:16-cv-00974 | Johnson v. AbbVie Inc. et al |

| | |
|---|---|
| 1:16-cv-00985 | Neal v. AbbVie Inc. et al |
| 1:16-cv-00996 | Miller v. Endo Pharmaceuticals, Inc. |
| 1:16-cv-01000 | Valle v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-01003 | Ross v. AbbVie Inc. et al |
| 1:16-cv-04673 | Barnett v. Pfizer, Inc. et al |
| 1:16-cv-04674 | Meadors v. Pfizer, Inc. et al |
| 1:16-cv-04703 | Smith v. Pfizer Inc. et al |
| 1:16-cv-04716 | Granillo v. Endo Pharmaceuticals, Inc. et al |
| 1:16-cv-04719 | Andris v. AbbVie Inc. et al |
| 1:16-cv-04723 | Guffey v. AbbVie, Inc. et al |
| 1:16-cv-04725 | Willis v. Pfizer, Inc. et al |
| 1:16-cv-04745 | Trapani v. Pfizer, Inc et al |
| 1:16-cv-04751 | Burrell v. AbbVie Inc. et al |
| 1:16-cv-04759 | Hill v. AbbVie, Inc. et al |
| 1:16-cv-04763 | Longley v. Pfizer, Inc. et al |
| 1:16-cv-04792 | Troxclair v. Pfizer, Inc. et al |
| 1:16-cv-04794 | Wiktorek v. Pfizer, Inc. et al |
| 1:16-cv-04799 | Hruska v. Pfizer, Inc. et al |
| 1:16-cv-04857 | Spangler v. Pfizer, Inc. et al |
| 1:16-cv-04899 | Holsenback v. AbbVie, Inc. et al |
| 1:16-cv-04909 | Petersen v. AbbVie, Inc. et al |
| 1:16-cv-04919 | Jones v. Pfizer, Inc. et al |
| 1:16-cv-04963 | Hood v. AbbVie, Inc. et al |
| 1:16-cv-04966 | Stokes v. AbbVie, Inc. et al |
| 1:16-cv-04999 | Pearl v. Pfizer, Inc. et al |
| 1:16-cv-05168 | Mitchell v. AbbVie Inc. et al |
| 1:16-cv-05170 | Mock v. AbbVie Inc. et al |
| 1:16-cv-05173 | Holt v. AbbVie Inc et al |
| 1:16-cv-05179 | Gordon v. AbbVie, Inc. et al |
| 1:16-cv-05493 | Davis et al v. AbbVie Inc. et al |
| 1:16-cv-05495 | Liste et al v. AbbVie, Inc. et al |
| 1:16-cv-05496 | Mueller et al v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-05516 | Shames et al v. AbbVie, Inc. et al |
| 1:16-cv-05533 | Ware et al v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-05535 | Parks et al v. AbbVie Inc. et al |
| 1:16-cv-05538 | Martino et al v. Actavis, Inc. et al |
| 1:16-cv-05542 | Walker et al v. Pfizer, Inc. et al |
| 1:16-cv-05891 | Hansen v. AbbVie Inc. et al |
| 1:16-cv-05899 | Hopkins v. Eli Lilly and Company et al |
| 1:16-cv-05901 | Erickson v. AbbVie Inc. et al |

| 1:16-cv-05903 | Cerbo v. Actavis, Inc. et al |
|---|---|
| 1:16-cv-05905 | Kolski v. Eli Lilly and Company et al |
| 1:16-cv-06008 | Donner et al v. Pfizer, Inc. et al |
| 1:16-cv-06009 | Jaurigue v. Pfizer, Inc. et al |
| 1:16-cv-06022 | Sexton v. Pfizer, Inc. et al |
| 1:16-cv-06027 | Cross v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-06029 | Scott v. AbbVie Inc. et al |
| 1:16-cv-06031 | Liscar v. Pfizer Inc. et al |
| 1:16-cv-06032 | Nesmith v. Pfizer, Inc. et al |
| 1:16-cv-06042 | Thomas v. AbbVie Inc. et al |
| 1:16-cv-06045 | Violetto v. Pfizer, Inc. et al |
| 1:16-cv-06055 | Moran v. Pfizer, Inc. et al |
| 1:16-cv-06056 | Fleagle v. AbbVie Inc. et al |
| 1:16-cv-06057 | Gilliam v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-06058 | Stills v. AbbVie, Inc. et al |
| 1:16-cv-06059 | Cooper v. AbbVie Inc. et al |
| 1:16-cv-06060 | Sykes v. AbbVie Inc. et al |
| 1:16-cv-06061 | McGinnis v. Pfizer, Inc. et al |
| 1:16-cv-06107 | Flemming v. AbbVie, Inc. et al |
| 1:16-cv-06135 | Crawford et al v. Pfizer, Inc. et al |
| 1:16-cv-06353 | Bradford v. Pfizer Inc. et al |
| 1:16-cv-06380 | Martin et al v. Pfizer, Inc. et al |
| 1:16-cv-07363 | Manuel v. AbbVie Inc. et al |
| 1:16-cv-07367 | Fitzpatrick v. AbbVie Inc. et al |
| 1:16-cv-07368 | Gautreau v. Eli Lilly and Company et al |
| 1:16-cv-07369 | Farrar v. AbbVie Inc. et al |
| 1:16-cv-07376 | Vickey v. Actavis, Inc. et al |
| 1:16-cv-07382 | LoGiudice v. Pfizer, Inc. et al |
| 1:16-cv-07386 | Malcom v. Pfizer, Inc. et al |
| 1:16-cv-07389 | Owens v. AbbVie, Inc. et al |
| 1:16-cv-07391 | Bostian v. Pfizer, Inc. et al |
| 1:16-cv-07392 | McCullough v. AbbVie Inc. et al |
| 1:16-cv-07396 | Lake v. Endo Pharmaceuticals Inc. et al |
| 1:16-cv-07400 | Calhoun v. Pfizer, Inc. et al |
| 1:16-cv-07404 | Baggett v. AbbVie Inc. et al |
| 1:16-cv-07406 | Strempek v. AbbVie Inc. et al |
| 1:16-cv-07409 | Webber v. Pfizer, Inc. et al |
| 1:16-cv-07415 | Johnson v. Pfizer, Inc. et al |
| 1:16-cv-07417 | Andrades v. AbbVie Inc. et al |
| 1:16-cv-07418 | Cribb v. Pfizer, Inc. et al |

| 1:16-cv-07453 | Goldberg v. Pfizer, Inc. et al |
| 1:16-cv-07468 | Mena v. Pfizer, Inc. et al |
| 1:16-cv-07471 | Konyn v. Endo Pharmaceuticals Inc |
| 1:16-cv-07472 | Wetsell v. AbbVie Inc. et al |
| 1:16-cv-07476 | Carpenter v. Pfizer, Inc. et al |
| 1:16-cv-07484 | Hubartt v. Pfizer, Inc. et al |
| 1:16-cv-07485 | Hartwell v. AbbVie Inc. et al |
| 1:16-cv-07488 | Tillery v. Pfizer, Inc. et al |
| 1:16-cv-07490 | Beck v. Pfizer, Inc. et al |
| 1:16-cv-07493 | Ray v. AbbVie Inc. et al |
| 1:16-cv-07577 | Smith v. AbbVie Inc. et al |
| 1:16-cv-07579 | Tracy v. AbbVie Inc. et al |
| 1:16-cv-07581 | Kellam-Bey v. AbbVie Inc. et al |
| 1:16-cv-07584 | Redding v. AbbVie Inc. et al |
| 1:16-cv-07585 | Williams et al v. Pharmacia & Upjohn Company, Inc |
| 1:16-cv-07589 | Gatlin v. Endo Pharmaceuticals, Inc. |
| 1:16-cv-07614 | Busse v. Pfizer, Inc. et al |
| 1:16-cv-07617 | Mangas v. Pfizer, Inc. et al |
| 1:16-cv-07622 | Lambert v. AbbVie Inc. et al |
| 1:16-cv-07625 | Reyes v. AbbVie Inc. et al |
| 1:16-cv-07627 | Barrett v. Pfizer, Inc. et al |
| 1:16-cv-07628 | Ramsey v. AbbVie Inc. et al |
| 1:16-cv-07682 | Sanders v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-07686 | McDermott v. AbbVie Inc. et al |
| 1:16-cv-07689 | York v. AbbVie, Inc. et al |
| 1:16-cv-07691 | Schultheis v. AbbVie Inc. et al |
| 1:16-cv-07695 | Simo v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-07696 | Huston v. AbbVie, Inc. et al |
| 1:16-cv-07762 | Rakes v. Pfizer, Inc. et al |
| 1:16-cv-07764 | Morley v. AbbVie Inc. et al |
| 1:16-cv-07765 | Gryner v. AbbVie Inc. et al |
| 1:16-cv-07766 | Bielski v. Pfizer, Inc. et al |
| 1:16-cv-07767 | Gray v. Auxilium Pharmaceuticals, Inc. et al |
| 1:16-cv-07785 | Tuba v. Pfizer, Inc. et al |
| 1:16-cv-07789 | Evans v. Pfizer, Inc. et al |
| 1:16-cv-07790 | Lashorne v. Pfizer, Inc. et al |
| 1:16-cv-07792 | Riley v. AbbVie Inc. et al |
| 1:16-cv-07796 | Liles v. Pfizer, Inc. et al |
| 1:16-cv-07798 | Trillizio v. Pfizer, Inc. et al |

| 1:16-cv-07854 | Blank v. Pfizer, Inc. et al |
|---|---|
| 1:16-cv-07857 | Loero v. AbbVie Inc. et al |
| 1:16-cv-07860 | Purnell v. Auxilium Pharmaceuticals, Inc |
| 1:16-cv-07862 | Baccala v. AbbVie Inc. et al |
| 1:16-cv-07866 | Woodward v. AbbVie Inc. et al |
| 1:16-cv-07867 | Cruz v. AbbVie Inc. et al |